IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| James Madison Project, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:08cv1323(GBL) |
| Central Intelligence Agency, | ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER is before the Court Defendant Central Intelligence Agency's Motion for Summary Judgment. For the reasons to be stated in the Court's forthcoming Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

The time for filing a notice of appeal will not commence until the Court issues its Memorandum Order and Federal Rule of Civil Procedure 58 Judgment Order.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 19 day of May, 2009.

Alexandria, Virginia

05/ 19 /09

/s/
Gerald Bruce Lee
United States District Judge